IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THEODORE M. SANZO AND | : | 5-21-01947 HWV |
| MADELINE SANZO, | : | |
| | : | |
| DEBTOR(S) | : | CHAPTER 7 |

| | | |
|---|---|---|
| JOHN J. MARTIN, CHAPTER 7 TRUSTEE, | : | ADV. 5-21-ap-00044 |
| | : | |
| PLAINTIFF, | : | |
| VS. | : | |
| FRANK COLACHINO AND | : | |
| CAROL COLACHINO, | : | |
| | : | |
| DEFENDANTS. | : | |

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO APPROVE STIPULATION RESOLVING CHAPTER 7 TRUSTEE'S COMPLAINT TO RECOVER CONSTRUCTIVE FRAUDULENT CONVEYANCE**

NOTICE IS GIVEN THAT: John J. Martin, Chapter 7 Trustee ("Trustee") has filed a Chapter 7 Trustee's Motion to Approve Stipulation Resolving Chapter 7 Trustee's Complaint to Recover Constructive Fraudulent Conveyance ("Motion").

The Trustee/Plaintiff and the Defendants have agreed that the Defendants shall pay to the Trustee on behalf of the bankruptcy estate the sum of $10,000.00 within twenty (20) days following the entry of an order of the United States Bankruptcy Court granting the Chapter 7 Trustee's Motion to Approve Stipulation Resolving Chapter 7 Trustee's Complaint to Recover Constructive Fraudulent Conveyance in full and final satisfaction of any and all claim(s) of the Trustee asserted in the adversary proceeding.

If no objections and requests for hearing are timely filed with the Bankruptcy Clerk, 197 South Main Street, Wilkes Barre, PA 18701 to the Motion t on or before twenty-one (21) days from the date of receipt of this notice, the Court will act on said request without a hearing. If you desire to contest this matter, file a written objection in the form of responsive pleading and request a hearing with the bankruptcy court, with a copy to John J. Martin, Esquire at the address below: Any filing must conform to the Rules of Bankruptcy Procedures unless the Court determines otherwise.

April 21, 2022                    /s/ John J. Martin, Esquire
                                  Law Offices of John J. Martin
                                  1022 Court Street
                                  Honesdale, PA 18431
                                  (570) 253-6899
                                  jmartin@martin-law.net
                                  Attorney For Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>THEODORE M SANZO<br>MADELINE SANZO | CASE NO: 5-21-01947<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/22/2022, I did cause a copy of the following documents, described below,

Notice of Chapter 7 Trustee's Motion to Approve Stipulation Resolving Chapter 7 Trustee Complaint to Recover Constructive Fraudulent Conveyance

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2022

/s/ John J. Martin, Esq.
John J. Martin, Esq. 61725

Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431
570 253 6899
jmartin@martin-law.net

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:

THEODORE M SANZO
MADELINE SANZO

CASE NO: 5-21-01947

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 4/22/2022, a copy of the following documents, described below,

Notice of Chapter 7 Trustee's Motion to Approve Stipulation Resolving Chapter 7 Trustee Complaint to Recover Constructive Fraudulent Conveyance

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John J. Martin, Esq.
Law Offices of John J. Martin
1022 Court Street
Honesdale, PA 18431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 5-21-01947<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI APR 22 7-43-5 PST 2022 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | US BANKRUPTCY COURT<br>MAX ROSENN US COURTHOUSE<br>197 SOUTH MAIN STREET<br>WILKES-BARRE PA 18701-1500 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK NJ 07101-1270 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | (P)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| BANK OF AMERICA NA<br>PO BOX 673033<br>DALLAS TX 75267-3033 | BARCLAYS<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BEST BUY CREDIT SERVICES<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 |
| CAPITAL ONE<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONE BANK (USA) NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CARDMEMBER SERVICENBT<br>PO BOX 790408<br>ST LOUIS MO 63179-0408 |
| CARDMEMBER SERVICENBT BANK<br>PO BOX 790408<br>ST LOUIS MO 63179-0408 | CHASE CARDAARP<br>PO BOX 1423<br>CHARLOTTE NC 28201-1423 | CITIBANK HOME DEPOT<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |
| CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | CITICARDS<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| DISCOVER CARD<br>PO BOX 70176<br>PHILADELPHIA PA 19176-0176 | DISCOVER CARD FINANCIAL SERVICES<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 | FIRST NATIONAL BANK<br>PO BOX 31535<br>TAMPA FL 33631-3535 |
| FIRST NATIONAL BANK OF PENNSYLVANIA<br>4140 E STATE ST<br>HERMITAGE PA 16148-3401 | FIRST NATIONAL BANK OF PENNSYLVANIA<br>CO DONNA DONAHER<br>100 FEDERAL STREET<br>4TH FLOOR<br>PITTSBURGH PA 15212-5708 | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 |
| LAW OFFICE OF BRIAN E MANNING<br>502 S BLAKELY ST<br>DUNMORE PA 18512-2237 | MEMBERS FIRST FEDERAL CREDIT UNION<br>PO BOX 2104<br>MECHANICSBURG PA 17055-2104 | PENFED CREDIT UNION<br>PO BOX 456<br>ALEXANDRIA VA 22313-0456 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SANZO MADELINE<br>618 CORTEZ RD<br>JEFFERSON TOWNSHIP  PA  18436-3814 | SANZO THEODORE M<br>618 CORTEZ RD<br>JEFFERSON TOWNSHIP  PA  18436-3814 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT  LLC<br>PO BOX 41021<br>NORFOLK  VA 23541-1021 |
| SYNCHRONY BANKAMAZON<br>PO BOX 960015<br>ORLANDO  FL  32896-0015 | SYNCHRONY BANKLOWES<br>PO BOX 965060<br>ORLANDO  FL  32896-5060 | SYNCHRONY BANKSAMS CLUB<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO  FL  32896-5060 |
| TD CASH CREDIT VISA<br>PO BOX 23072<br>COLUMBUS  GA  31902-3072 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| UNITED STATES TRUSTEE<br>228 WALNUT STREET   SUITE 1190<br>HARRISBURG  PA 17101-1722 | WALMART CREDIT CARDCAPITAL ONE<br>PO BOX 71083<br>CHARLOTTE  NC  28272-1083 | BRIAN E MANNING<br>502 SOUTH BLAKELY STREET<br>SUITE B<br>DUNMORE  PA 18512-2237 |
| JOHN J MARTIN (TRUSTEE)<br>LAW OFFICES OF JOHN J MARTIN<br>1022 COURT STREET<br>HONESDALE  PA 18431-1925 | MADELINE SANZO<br>618 CORTEZ RD<br>JEFFERSON TOWNSHIP  PA 18436-3814 | DEBTOR<br>THEODORE M SANZO<br>618 CORTEZ RD<br>JEFFERSON TOWNSHIP  PA 18436-3814 |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| | | |
|---|---|---|
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17108<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | (Trustee)<br>801 North Second Street<br>Harrisburg, PA 17102<br><br>PA49@ecfcbis.com | Mattie Louise Gibbel<br>233 Meadow Lane<br>Harrisburg, PA 17112<br>(Debtor 2)<br>represented by:<br>Lawrence J. Neary, Esq<br>108-112 WALNUT STREET<br>HARRISBURG, PA 17101 |
| Harry Lewis Gibbel, Jr<br>233 Meadow Lane<br>Harrisburg, PA 17112<br>(Debtor 1)<br>represented by:<br>Lawrence J. Neary, Esq<br>108-112 WALNUT STREET<br>HARRISBURG, PA 17101 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | Theodore M. Sanzo<br>618 Cortez Rd<br>Jefferson Township, PA 18436-3814<br>(Debtor 1)<br>represented by:<br>Brian E Manning<br>502 South Blakely Street<br>Suite B<br>Dunmore, PA 18512<br><br>BrianEManning@comcast.net |
| Madeline Sanzo<br>618 Cortez Rd<br>Jefferson Township, PA 18436-3814<br>(Debtor 2)<br>represented by:<br>Brian E Manning<br>502 South Blakely Street<br>Suite B<br>Dunmore, PA 18512<br><br>BrianEManning@comcast.net | (Creditor)<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br>claims@recoverycorp.com | (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431<br>represented by:<br>John J. Martin<br>Law Offices John J. Martin<br>1022 Court Street<br>Honesdale, PA 18431<br><br>jmartin@martin-law.net |